UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| STEVEN A. SANTOS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF HUMBOLDT,<br><br>        Defendant. | Case No.  22-cv-07485-RMI<br><br>**JUDGMENT** |

On October 18, 2023, the court entered an order on the Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 18, 2023

ROBERT M. ILLMAN
United States Magistrate Judge